**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR80** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **CRISPIN CRUZ-TREJO,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on Defendant's Motion to Continue Trial [18]. The parties are negotiating and counsel needs additional time to review and consult with the Defendant regarding legal options, as well as finalizing discussions with the Plaintiff.

**IT IS ORDERED** that Defendant's Motion to Continue Trial [18] is granted, as follows:

1. The jury trial, now set for May 11, 2021, is continued to **June 22, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 22, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: April 29, 2021.**

**BY THE COURT:**

**s/ Michael D. Nelson
United States Magistrate Judge**